UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

RYAN PHILLIP SOUTHWELL and
SARA MICHELLE RICHARDSON
a/k/a SARA SOUTHWELL, his
spouse,

Plaintiffs,

vs.

ZIMMER, INC,

Defendant.
_____/

Case No. 22-cv-111

**DEFENDANT'S NOTICE OF REMOVAL AND JURY DEMAND**

Defendant Zimmer, Inc. ("Zimmer"), hereby gives notice of the removal of this action from the Circuit Court of the Eighth Judicial Circuit of Alachua County, Florida to the United States District Court for the Northern District of Florida. Removal is warranted under 28 U.S.C. § 1441 because this is a diversity action over which this Court has original jurisdiction under 28 U.S.C. §§ 1332, 1441, and 1446. In support of this Notice of Removal, Zimmer shows as follows:

### I.   Background & Allegations.

1. This case involves a medical device allegedly manufactured, designed, and distributed by Zimmer and/or its related entities that was surgically implanted in Plaintiff Ryan Phillip Southwell ("Plaintiff"). [Complaint, ¶ 11]. Plaintiffs allege the medical device was defective and that the alleged defect caused Plaintiff damages. [Complaint, ¶14].

2. This action is removable to this Court pursuant to 28 U.S.C. §§ 1441(a) and 1332(a) because it involves citizens of different states, and the amount in controversy exceeds $75,000.

## II. There is complete diversity of citizenship among the parties.

3. Plaintiffs are citizens of Florida. [Complaint, ¶ 5].

4. Zimmer, Inc. is a corporation organized under the laws of Delaware with its principal place of business in Indiana.

5. Because Plaintiffs are citizens of Florida, but no Defendant is a citizen of Florida, there is complete diversity for the purposes of 28 U.S.C. § 1332(a)(1).

## III. The amount in controversy threshold is satisfied.

6. Based on Plaintiffs' allegations, the amount in controversy, exclusive of interest and costs, exceeds $75,000.

7. For one, Plaintiffs allege that Plaintiff Ryan Southwell "has been permanently injured, including bodily injury, and resulting pain and suffering, disability, inconvenience, mental anguish in the past and future, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing expenses in the past and future, rehabilitative care and treatment expenses in the past and future, and loss of earnings in the past and future. Those damages will continue to accrue in the future." [Complaint, ¶¶ 20, 30.]

8. Plaintiffs further seek damages for past and future wage loss as well as pain and suffering. [Complaint, ¶¶ 20, 30.]

9. Plaintiffs allege that Plaintiff Ryan Southwell was <u>twenty-nine years old</u> when he was referred to Dr. Sherr on September 17, 2016, and he obtained the subject surgery approximately two months later on November 30, 2016 — making him either twenty-nine or thirty years old when the alleged injury occurred. [Complaint, ¶¶ 8, 11–13.]

10. Plaintiffs allege that Plaintiff Ryan Southwell's "quadriplegia is permanent. He has limited mobility and will require a lifetime of treatment and therapy." [Complaint, ¶ 15.]

11. Plaintiffs allege that not only has Plaintiff Ryan Southwell suffered economic losses but also non-economic pain and different damages that "will continue to accrue in the future." [Complaint, ¶ 15.]

12. In addition to all of Plaintiff Ryan Southwell's alleged damages, Plaintiff Sara Southwell is seeking damages for the support of her husband's "support, services, comfort, society, and attentions in the past and in the future." [Complaint, ¶ 31.]

13. Based on all of the above, this action is removable to this Court pursuant to 28 U.S.C. §§ 1441(a) and 1332(a).

## IV. Zimmer has complied with the procedural requirements for removal.

14. Alachua County is within the judicial district for the United States District Court for the Northern District of Florida, and thus this Court is the appropriate venue to remove this action to pursuant to 28 U.S.C. §§ 116(c) and 1441(a).

15. Pursuant to 28 U.S.C. § 1446(a), Zimmer has attached a copy of all documents filed or served in the case. [*See* Ex. 1.]

16. This Notice of Removal has been filed within 30 days of April 29, 2022, the date that Zimmer accepted service of the Summons issued by the Clerk, Complaint, Civil Cover Sheet, Standing Civil Case Management Order in this matter. Removal is therefore timely in accordance with 28 U.S.C. § 1446(b)(1).

17. As required by 28 U.S.C. § 1446(b)(2), all Defendants consent to this removal.

18. As required by 28 U.S.C. § 1446(d), Zimmer will promptly file a Notice of Filing Notice of Removal, with a copy of this Notice of Removal attached, with the clerk of the Circuit Court of the Eighth Judicial Circuit of Alachua County, Florida.

## V. Jury Demand

19. Zimmer demands a jury trial on all issues.

Based on the foregoing, Defendant Zimmer, Inc. respectfully removes this

action from the Circuit Court of the Eighth Judicial Circuit of Alachua County. Florida to the United States District Court for the Northern District of Florida.

Dated this 19th day of May, 2022.

> By:/s/*Keely F. Morton*
> Keely F. Morton (Florida Bar No. 100395)
> Jessica Vander Velde (Florida Bar No. 1003827)
> 1395 Panther Lane, Suite 300
> Naples, Florida 34109
> 239.659.5045 Telephone
> 239.213.5445 Facsimile
> keely.morton@quarles.com
> kerlyne.luc@quarles.com
>
> Patrick S. Nolan (*Pro hac vice forthcoming*)
> 411 East Wisconsin Ave., Suite 2400
> Milwaukee, WI 53202
> 414.277.5468 Telephone
> 414.978.8866 Facsimile
> Patrick.nolan@quarles.com
> Eleina.arce@quarles.com
>
> *Attorneys for Defendant Zimmer, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2022, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court through the U.S. District Court Electronic Court Filing System, which caused notice of such filing to be sent electronically to the registered attorneys of record.

| | |
|---|---|
| Ronald S. Gilbert, Esq.<br>Nathan P. Carter, Esq.<br>Colling Gilbert Wright & Carter, LLC<br>801 N. Orange Ave., Suite 830<br>Orlando, FL 32801<br>Tele: (407) 712-7300<br>Fax: (407) 712-7301<br>certificateofservice@thefloridafinn.com<br>rgilbert@thefloridafinn.com<br>ncarter@thefloridafirm.com<br>mgomez@thefloridafirm.com<br><br>*Attorneys for Plaintiffs* | Mark E. GiaQuinta, Esq.<br>Indiana Bar No.: 7119-02<br>Haller & Colvin<br>444 E. Main St.<br>Fort Wayne, IN 46802<br>Telephone: (260) 426-0444<br>Facsimile: (260) 422-0274<br>mgiaguinta@hallercolvin.com<br><br>*Attorneys for Plaintiffs*<br><br><br>/s/ Keely F. Morton<br>Attorney |