UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

RYAN PHILLIP SOUTHWELL and
SARA MICHELLE RICHARDSON
a/k/a SARA SOUTHWELL, his
spouse,

Case No. 22-cv-111

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

   Plaintiffs,

vs.

ZIMMER, INC,

   Defendant.                 /

Defendant Zimmer, Inc. ("Zimmer"), by counsel and pursuant to Fed. R. Civ. P. 7.1, provide the following information:

Zimmer Inc. d/b/a Zimmer Biomet is wholly owned by Zimmer Biomet Holdings, Inc., a publicly held corporation. No other publicly held company owns 10% or more of Zimmer, Inc. stock.

Dated this 19th day of May, 2022.

By: */s/Keely F. Morton*
Keely F. Morton (Florida Bar No. 100395)
Jessica Vander Velde (Florida Bar No. 1003827)
1395 Panther Lane, Suite 300
Naples, Florida 34109
239.659.5045 Telephone
239.213.5445 Facsimile
keely.morton@quarles.com
kerlyne.luc@quarles.com

1

Patrick S. Nolan (*Pro hac vice forthcoming*)
411 East Wisconsin Ave., Suite 2400
Milwaukee, WI 53202
414.277.5468 Telephone
414.978.8866 Facsimile
Patrick.nolan@quarles.com
Eleina.arce@quarles.com

*Attorneys for Defendant Zimmer, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2022, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court through the U.S. District Court Electronic Court Filing System, which caused notice of such filing to be sent electronically to the registered attorneys of record.

| | |
|---|---|
| Ronald S. Gilbert, Esq.<br>Nathan P. Carter, Esq.<br>Colling Gilbert Wright & Carter, LLC<br>801 N. Orange Ave., Suite 830<br>Orlando, FL 32801<br>Tele: (407) 712-7300<br>Fax: (407) 712-7301<br>certificateofservice@thefloridafinn.com<br>rgilbert@thefloridafinn.com<br>ncarter@thefloridafirm.com<br>mgomez@thefloridafirm.com<br><br>*Attorneys for Plaintiffs* | Mark E. GiaQuinta, Esq.<br>Indiana Bar No.: 7119-02<br>Haller & Colvin<br>444 E. Main St.<br>Fort Wayne, IN 46802<br>Telephone: (260) 426-0444<br>Facsimile: (260) 422-0274<br>mgiaguinta@hallercolvin.com<br><br>*Attorneys for Plaintiffs* |

/s/ Keely F. Morton
Attorney