UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| RYAN PHILLIP SOUTHWELL and SARA MICHELLE RICHARDSON a/k/a SARA SOUTHWELL, his spouse, | Case No. 11:22-cv-111-AW-GRJ **DEFENDANT'S NOTICE OF TRIAL DATE CONFLICT** |
| Plaintiffs, | |
| vs. | |
| ZIMMER, INC, | |
| Defendant. _____/ | |

Defendant, ZIMMER, INC. ("Zimmer"), hereby files this Notice of Trial Date Conflict pursuant to the Court's May 23, 2022 Initial Scheduling Order [Dkt. 4]. Please note that Patrick S. Nolan, lead trial counsel for Zimmer, who will be submitting his *pro hac vice* paperwork, has a conflict with the present two-week trial period beginning March 22, 2023. Zimmer respectfully requests that the trial in the above matter be set during a telephone scheduling conference with the Court and all counsel of record.

Dated this 1st day of June, 2022.

By: */s/Keely F. Morton*
Keely F. Morton (Florida Bar No. 100395)
Jessica Vander Velde (Florida Bar No. 1003827)
1395 Panther Lane, Suite 300
Naples, Florida 34109

1

239.659.5045 Telephone
239.213.5445 Facsimile
keely.morton@quarles.com
kerlyne.luc@quarles.com

Patrick S. Nolan (*Pro hac vice forthcoming*)
411 East Wisconsin Ave., Suite 2400
Milwaukee, WI 53202
414.277.5468 Telephone
414.978.8866 Facsimile
Patrick.nolan@quarles.com
Eleina.arce@quarles.com

*Attorneys for Defendant Zimmer, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2022, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court through the U.S. District Court Electronic Court Filing System, which caused notice of such filing to be sent electronically to the registered attorneys of record.

| | |
|---|---|
| Ronald S. Gilbert, Esq.<br>Nathan P. Carter, Esq.<br>Colling Gilbert Wright & Carter, LLC<br>801 N. Orange Ave., Suite 830<br>Orlando, FL 32801<br>Tele: (407) 712-7300<br>Fax: (407) 712-7301<br>certificateofservice@thefloridafinn.com<br>rgilbert@thefloridafinn.com<br>ncarter@thefloridafirm.com<br>mgomez@thefloridafirm.com<br><br>*Attorneys for Plaintiffs* | Mark E. GiaQuinta, Esq.<br>Indiana Bar No.: 7119-02<br>Haller & Colvin<br>444 E. Main St.<br>Fort Wayne, IN 46802<br>Telephone: (260) 426-0444<br>Facsimile: (260) 422-0274<br>mgiaguinta@hallercolvin.com<br><br><br><br><br>*Attorneys for Plaintiffs*<br><br>/s/ Keely F. Morton<br>Attorney |