UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RYAN PHILLIP SOUTHWELL and
SARA MICHELLE RICHARDSON
a/k/a SARA SOUTHWELL, his
spouse,                                              Case No. 1:22-cv-111-AW-GRJ

    Plaintiffs,

vs.

ZIMMER, INC.,

    Defendant.
_____/

## NOTICE OF APPEARANCE

COMES NOW, Ronald S. Gilbert, Esquire, of Colling Gilbert Wright & Carter, and does enter this Notice of Appearance for and on behalf of Plaintiffs, Ryan Phillip Southwell and Sara Michelle Richardson a/k/a Sara Southwell, his spouse, in the above referenced matter.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 8, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which furnished copies to: Keely F. Morton, Esq., and Jessica Vander Velde, Esq., Quarles & Brady LLP, 1395 Panther Lane, Suite 300, Naples, Florida 34109, keely.morton@quarles.com, and kerlyne.luc@quarles.com; and Patrick S. Nolan,

Esq. (Pro hac vice), Quarles & Brady LLP, 411 East Wisconsin Ave., Suite 2400, Milwaukee, WI 53202, Patrick.nolan@quarles.com, and Eleina.arce@quarles.com.

/s/ *Ronald S. Gilbert*
**Ronald S. Gilbert, Esq.**
Florida Bar Number: 375421
**Nathan P. Carter, Esq.**
Florida Bar Number: 0083641
Colling Gilbert Wright & Carter, LLC
801 N. Orange Ave., Suite 830,
Orlando, FL 32801
Tele:  (407) 712-7300
E-mail:
certificateofservice@thefloridafirm.com
rgilbert@thefloridafirm.com
smcmillon@thefloridafirm.com
ncarter@thefloridafirm.com
mgomez@thefloridafirm.com
*Attorneys for Plaintiffs*

*/s/ David J. Sales*
**David J. Sales, Esq.**
Fla. Bar No.: 794732
David J. Sales, P.A.
1857 Morrill Street
Sarasota, FL 34236
Phone: (941) 957-0888
david@salesappeals.com
*Attorneys for Plaintiffs*

**Mark E. GiaQuinta, Esq. (*Pro Hac Vice pending*)**
Indiana Bar No.: 7119-02
Haller & Colvin
444 E. Main St.
Fort Wayne, IN 46802
Telephone:  (260) 426-0444
E-mail: mgiaquinta@hallercolvin.com
*Attorneys for Plaintiffs*